<span style="margin-left:2em">Nov. Term, 1846.</span>

<span style="margin-left:2em">Ramsey v. Kochenour.</span>

---

## RAMSEY *v.* KOCHENOUR.

Debt for goods sold. Plea, that the goods had not been delivered. Replication,
that the goods had been delivered, &c.  *Held*, that the plea was bad, and the
issue immaterial.

ERROR to the *Harrison* Circuit Court.

<span style="float:right">Wednesday, January 13, 1847.</span>

BLACKFORD, J.—This was an action of debt commenced
before a justice of the peace.  The statement of demand is
that the plaintiff, as constable, &c., sold to the defendant, by
virtue of a certain execution, a certain mare and saddle for
the sum of 50 dollars, &c.; and that the defendant had
refused to pay, &c.  Plea, that the plaintiff did not deliver
the mare and saddle as alleged.  Replication, that the mare
and saddle were delivered, &c.  There was a second plea
which need not be further noticed, it being a mere nullity.
Verdict and judgment before the justice for the plaintiff.  On
appeal to the Circuit Court, the defendant obtained a verdict
and judgment.

This was a suit for the price of goods sold, not for the
price of goods sold and delivered.  The plea, therefore, deny-
ing a delivery of the goods, was no answer to the declaration.
The issue was immaterial, and the defendant, who made the

Nov. Term, 1846.

first fault in pleading, has obtained a verdict. There must be a repleader.

*Per Curiam.*—The judgment is reversed. Cause remanded, &c.

*W. A. Porter,* for the plaintiff.

*J. W. Payne,* for the defendant.